IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PATRICIA MAGUREGUI, | § | |
| Plaintiff, | § § § | |
| v. | § § | EP-16-CV-00121-FM |
| ADP, LLC a/k/a ADP, INC., | § § § | |
| Defendant. | § | |

## ORDER FOR PROPOSED SCHEDULING ORDER

On this day, the court considered the status of the above-numbered and styled cause. Defendant ADP, LLC a/k/a ADP, Inc. ("Defendant") having appeared in this case,[1] the court enters the following Order:

**IT IS HEREBY ORDERED** that Plaintiff Patricia Maguregui confer with Defendant, as required by Federal Rule of Civil Procedure 26(f) and Local Court Rule CV-16(c), and that the parties jointly submit a proposed scheduling order for the court's consideration no later than **May 11, 2016**.

**SO ORDERED**.

**SIGNED** this **11th** day of **April, 2016.**

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] *See* "Notice of Removal," App., ECF No. 1-3, at 12, "Defendant's Original Answer," filed Apr. 8, 2016.